IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Randy Young, | : | |
| Plaintiff, | : | Civil Action 2:11-cv-662 |
| v. | : | Judge Watson |
| Kenneth L. Love, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER**

On May 21, 2012, Plaintiff filed a notice advising the Court that this matter had been settled and that the parties anticipated filing a stipulation of dismissal. (Doc. 22.) Plaintiff's counsel has advised the court that this stipulation will be filed within three weeks. Accordingly, the parties are **DIRECTED** to file their stipulation of dismissal on or before **Monday, June 18, 2012**. If the stipulation is not filed by this date, the parties are **DIRECTED** to call my office (614.719.3370) no later than **Monday, June 25, 2012** to schedule a telephone status conference.

s/Mark R. Abel
United States Magistrate Judge

1